**Order entered April 30, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00383-CV**

**IN THE INTEREST OF C.S.D., A CHILD**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-50971-2019**

**ORDER**

Both Father and Mother have filed a notice of appeal in this case. Both notices of appeal were filed late, but within the fifteen-day extension period allowed under Texas Rule of Appellate Procedure 26.3. *See* TEX. R. APP. P. 26.3. Mother filed her notice of appeal, intended as a cross-appeal, along with an extension motion, but Father, who appealed first, did not and has not done so to date. *See id.* He also has not provided written verification he has paid for the clerk's record despite being cautioned that failure to do so by April 24, 2020 could result in dismissal of his appeal without further notice. *See id.* 37.3(b).

Because determination of Mother's pending extension motion is dependent on whether Father timely appealed and intends to proceed with his appeal, we **ORDER** Father to file, no later than May 11, 2020, an extension motion that complies with appellate rule 26.3 and written verification he had paid or made arrangements to pay for the clerk's record. Should Father no longer wish to pursue his appeal, Father may file a motion to dismiss the appeal.

We caution Father that failure to comply will result in dismissal of his appeal. *See id.* 37.3(b), 42.3(a),(c).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE